IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

UNITED STATES OF AMERICA       )
                               )
     Plaintiff,                )
                               )
v.                             )          No. 06-cr-20180-STA-tmp
                               )
DERRICK LAKEITH BROWN,         )
                               )
     Defendant.                )

---

### ORDER GRANTING DEFENDANT'S MOTION SEEKING LEAVE

---

Before the court is defendant Derrick Lakeith Brown's Motion Seeking Leave to file a motion to appoint counsel and to file new motions under 18 U.S.C. §§ 3582(c)(1)(A) and (c)(2). (ECF No. 297.) The motion was referred to the undersigned for determination with an updated order of reference. (ECF No. 299.)

Brown is permanently enjoined from filing any additional motions without first seeking leave from a magistrate judge to file a new motion or action "by certifying under penalty of perjury that the claim(s) asserted are not frivolous, that the claims have never before been raised and disposed of by any federal court, and that the motion is not brought for any improper purpose." (ECF No. 293.) Brown has certified in the present motion that the claims are not frivolous, have never been raised and disposed of, and are not brought for any improper purpose and has signed his name to

that certification. (ECF No. 297 at PageID 1909–10.) The undersigned finds Brown has complied with the court's requirements and is therefore granted leave to file a motion to appoint counsel and to file a motion under 18 U.S.C. §§ 3582(c)(1)(A) and (c)(2). Brown has until no later than November 30, 2023, to file these motions.

IT IS SO ORDERED.

s/Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

October 31, 2023
Date