**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )  **No. 02:06-cr-20180-STA** |
| | ) |
| **DERRICK LAKEITH BROWN,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION
ON DEFENDANT BROWN'S MOTION FOR LEAVE TO FILE MOTION TO REDUCE
SENTENCE, MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION,
AND
MOTION FOR LEAVE TO FILE MOTION TO HOLD IN ABEYANCE DEFENDANT'S
MOTION FOR COMPASSIONATE RELEASE**

On April 17, 2026, Magistrate Judge Tu M. Pham issued a report and recommendation (ECF No. 345) that the following motions filed by Defendant Derrick Brown be denied: Motion for Leave File Motion to Reduce Sentence, Motion for Leave to File Motion for Reconsideration, and "Motion for Leave to File Motion to Hold in (and/or to Hold in Part) in Abeyance Defendant's Motion for Compassionate Release Decision." The report and recommendation is hereby **ADOPTED**, and Defendant's motions (ECF Nos. 307, 325, 342) are **DENIED**. Because Defendant has been denied leave to file a motion for reconsideration, his Motion for Reconsideration (ECF No. 326) is also **DENIED**. (ECF No. 326.)

The report and recommendation noted that any objections must be made within fourteen (14) days after service of the order, setting forth particularly those portions of the order objected

to and the reasons for the objections, and that failure to timely assign as error a defect in the Magistrate Judge's would constitute a waiver of that objection. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(a). The requisite time for objections has passed, and Defendant has failed to object to any part of the report and recommendation. The Court has reviewed the report and recommendation and has considered the lack of objections. Accordingly, the report and recommendation is hereby **ADOPTED**.

        **IT IS SO ORDERED.**

                                **s/ S. Thomas Anderson**
                                S. THOMAS ANDERSON
                                UNITED STATES DISTRICT JUDGE

                                Date: May 12, 2026